UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

**Jason Singleton,**

        Plaintiff,

  v.

**City of Geneva, at al.,**

        Defendants.

**2d AMENDED SCHEDULING ORDER**

23-cv-6359-EAW-MJP

**PURSUANT TO** the order of the Hon. Elizabeth A. Wolford, Chief Judge referring the above case to the undersigned for pretrial matters and the entry of a scheduling order under Fed. R. Civ. P. 16(b) and W.D.N.Y. Loc. R. Civ. P. 16, and the parties having submitted a joint request for an extension of deadlines, (ECF No. 24), it is

    **ORDERED** that:

    1.    **Paper discovery.** The parties shall complete all paper discovery no later than August 16, 2024.

    2.    **Depositions.** The parties have requested that the Court include a deadline for depositions. The Court notes that this will subject depositions to the same extension requirements as all other aspects of discovery. The parties shall complete all depositions no later than December 16, 2024.

    3.    **Close of discovery.** The parties shall complete all discovery by February 14, 2025.

1

4. **Experts.** Plaintiff shall identify any expert witnesses and serve any expert reports no later than November 18, 2024. Defendant shall identify any expert witnesses and serve any expert reports no later than December 18, 2024.

5. **Motions to compel.** The parties shall file any motions to compel discovery no later than September 18, 2024.

6. **Dispositive motions.** The parties shall file any dispositive motions no later than March 18, 2025.

7. **Extensions.** Requests to extend the cut-off dates may be granted upon written application, made before the applicable cut-off date, and showing good cause for the extension under Fed. R. Civ. P. 16(b)(4). Applications for extensions should be made to the undersigned. Joint or unopposed requests to extend the deadlines set forth in this order need not be made by formal motion, but rather may be sought in a letter motion to the Court. Letter motions for an extension must detail good cause for the extension and propose specific new dates that fall on a business day.

8. **Warning.** The undersigned may, on motion or *sua sponte*, impose sanctions where parties willfully ignore or otherwise fail to adhere to this scheduling order. *See* Fed. R. Civ. P. 16(f).

**SO ORDERED.**

Dated:    June 26, 2024
          Rochester, NY          /s/ Mark W. Pedersen
                                 MARK W. PEDERSEN
                                 United States Magistrate Judge