**Rickner | Moskovitz**

Sara Wolkensdorfer, Associate  |  (212) 300-6506  |  sara@rmcivilrights.com

September 3, 2025

**Via ECF**
Hon. Mark W. Pedersen
United States Magistrate Judge
100 State Street
Rochester, New York 14614

Re:    *Singleton v. The City of Geneva et al.*, 23-cv-06359-EAW-MJP

Dear Judge Pederson:

We represent the Plaintiffs in the above-captioned action and write to respectfully request a forty-five (45) day extension of time to complete discovery. The current deadline for completion of discovery is August 28, 2025, and therefore, we request an extension to October 13, 2025. Additionally, the current deadline for dispositive motions is September 29, 2025, and therefore, we request an extension to November 13, 2025. This is the parties' sixth request for an extension to all discovery deadlines.[1]

Since our last request for an extension of time to complete discovery (ECF No. 51), the parties have made significant progress in completing discovery. As described in our previous letter request, one of the outstanding issues was the Ontario County Sherriff's Office's ("OCSO") insufficient subpoena response. Defense counsel has since been able to produce two supplemental sets of documents, including relevant 911 audio and event summary reports, which provide more detail regarding the OCSO officers involved in Plaintiff's arrest. The parties have also been able to obtain a copy of the relevant confidential informant file.

After reviewing these supplemental disclosures, including the separate police file that is directly related to the probable cause Defendants had to pull over Mr. Singleton, Plaintiff's counsel served a supplemental request for disclosures on Defendants. As of yesterday, Defendants have provided some video footage in response to Plaintiff's supplemental requests. However, we are still waiting for responses to several other requests, including, more specifically, a request to produce the photographic lineup from the separate police file mentioned above. On the date of Mr. Singleton's arrest, the City Defendants were searching for a suspect involved in an unrelated case, and the police stopped Mr. Singleton on the mistaken belief that he was that suspect. This lineup, therefore, is extremely

---

[1] The first four requests to extend all discovery deadlines, made over the course of the last year, were largely due to extreme delays in third-party responses to Defendants' subpoena requests.



important, given that the suspect, who is not our client, is dramatically younger than Mr. Singleton.

Plaintiff's counsel also made contact with an individual in the Law Department of the Sheriff's Office, who has facilitated contact between undersigned counsel and the retired officers Plaintiff intends to depose. As such, Plaintiff's counsel has been able to speak with several non-party witnesses and the parties have been able to depose one non-party witness. The parties had intended to depose a second non-party witness, but unfortunately that individual became ill and his deposition is in the process of being rescheduled for later this week.

Plaintiff's counsel has also requested on multiple occasions to depose retired Lieutenant Eric Heieck, who acted as Defendant Vine's supervisor at the time of Mr. Singleton's arrest, and Interim Chief Michael Passalcqua, who we know was on scene at the time of Mr. Singleton's arrest, and who is related to a key witness in the case, the taxi driver Eric Passalacqua. Defense counsel has attempted multiple times to contact them and to determine their availability, but to date, we have not been able to schedule the depositions. There are other non-party witnesses that the parties may depose but we will not make a final decision on those depositions until all supplemental disclosure is complete.

Finally, on August 22, 2025, Defendants served a supplemental request for production on Plaintiff, which he is actively working on.

As the parties have been working amicably to complete discovery and have resolved several of the issues related to missing discovery, we believe an additional extension will provide us with sufficient time to complete documentary disclosure and all remaining depositions, including a second deposition of Defendant Vine. As such, Plaintiff believes he has shown good cause for a forty-five-day extension of time to complete discovery.

Plaintiff discussed this request for an extension of time with Defendants, who indicated their consent. The parties are also happy to appear for a teleconference to discuss outstanding discovery at the Court's request.

We thank the Court for considering this request.

Respectfully,

/s/

Sara Wolkensdorfer