# Rickner | Moskovitz

Sara Wolkensdorfer, Associate | (212) 300-6506 | sara@rmcivilrights.com

October 9, 2025

**Via ECF**
Hon. Mark W. Pedersen
United States Magistrate Judge
100 State Street
Rochester, New York 14614

Re:   *Singleton v. The City of Geneva et al.*, 23-cv-06359-EAW-MJP

Dear Judge Pederson:

We represent Plaintiff in the above-captioned action and write to respectfully request a forty-five (45) day extension of time to complete discovery. The current deadline for completion of discovery is October 13, 2025, and therefore, we request an extension to December 1, 2025.[1] Additionally, the current deadline for dispositive motions is November 13, 2025, and therefore, we request an extension to December 29, 2025. This is the parties' seventh request for an extension of discovery deadlines.

Plaintiff respectfully requests a forty-five-day extension, in part, because Plaintiff's counsel will be in trial in the Northern District of New York from November 3 through November 14, 2025.

Since our last request for an extension of time to complete discovery (ECF No. 58), the parties have made significant progress in completing discovery. Plaintiff's counsel has deposed: (1) retired Lieutenant Eric Heieck, who acted as Defendant Vine's supervisor at the time of Mr. Singleton's arrest; (2) interim Chief Michael Passalcqua, who was on scene at the time of Mr. Singleton's arrest, and who is related to a key witness in the case, the taxi driver Eric Passalacqua; and, (3) Officer Nick Bielowicz, who was also on scene at the time of Mr. Singleton's arrest. Additionally, Defendants have served partial responses to Plaintiff's post-deposition requests for production, and Plaintiff has also served responses to Defendants' supplemental requests for production.

The parties also met and conferred to schedule the depositions of five non-party witnesses, that were subpoenaed on July 11, 2025, but have not yet appeared to testify. Some of them have been cooperative, and we are scheduling them as soon as possible. We do not expect these depositions to take more than an hour or two each. One witness has not been

---

[1] As a forty-five (45) day extension falls on November 27, 2025 (Thanksgiving) and November 28, 2025 is an Administrative Closing.



cooperative, and we are in contact with his counsel. These depositions should be complete by the end of October.

As described in our previous letter requests, the biggest problem are the productions, or lack thereof, by the Ontario County Sherriff's Office ("OCSO") and the Ontario County District Attorney's Office ("OCDA"). Defense counsel and the City of Geneva have tried to obtain these records, but we know the production is not complete. Given that we cannot obtain the complete files cooperatively, Plaintiff has served subpoenas for these files, which include documents related to Mr. Singleton's arrest and criminal case, as well as documents related to the suspect in an unrelated case—the suspect who Defendants mistakenly believed was Mr. Singleton when they pulled over his taxi car in February 2017. If these agencies continue to refuse to produce these relevant documents, Plaintiff will approach the Court regarding enforcement of the subpoenas.

As the parties have been working amicably to complete discovery and have resolved several of the issues related to missing discovery, we believe an additional extension will provide us with sufficient time to complete documentary disclosure and all remaining depositions, including a second deposition of Defendant Vine, if new documents present areas of questioning that were not previously available.

In sum, Plaintiff is not at fault for these delays, which were caused by the two non-party agencies and issues with scheduling witnesses, most of whom are retired. As such, Plaintiff believes he has shown good cause for a forty-five-day extension of time to complete discovery.

Plaintiff discussed this request for an extension of time with Defendants, who indicated their consent. The parties are also happy to appear for a teleconference to discuss outstanding discovery at the Court's request.

We thank the Court for considering this request.

Respectfully,

/s/

Sara Wolkensdorfer